UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-598-BO
NO. 5:01-CR-128-BO


JEFFREY BRADFORD            )
                           )
                           )
v.                         )            **O R D E R**
                           )
                           )
UNITED STATES OF AMERICA    )


     This matter is before the Court on Defendant/Petitioner's Motion for leave to Amend

Motion to Vacate Sentence [DE 68] and the Government's Response in Opposition [DE 69].

For good cause shown, Petitioner's Motion for Leave to Amend is GRANTED. Petitioner shall

file his amended Motion to Vacate Sentence on or before _Oct. 15_____, 2011.


     SO ORDERED.

     This 26 day of September, 2011.

                          TERRENCE W. BOYLE
                          UNITED STATES DISTRICT JUDGE