UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CR-128-BO-1
5:16-CV-416-BO

JEFFREY BRADFORD,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

For good cause shown upon the unopposed motion of the Petitioner, it is hereby ORDERED that the stay entered on August 1, 2016, is hereby LIFTED. Petitioner shall have until August 28, 2017, to file his supplemental memorandum. It is further ORDERED that Respondent shall have 21 days from the filing of Petitioner's memorandum to file its response or reply.

This __17__ day of August, 2017.

*[signature]*
TERRENCE W. BOYLE
United States District Judge

1